## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

**EDDIE CARROLL**                                    **CASE NO.  1:25-CV-00376 SEC P**

**VERSUS**                                                   **JUDGE EDWARDS**

**KRISTI NOEM**                                         **MAG. JUDGE PEREZ-MONTES**

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 5), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that this civil action is **DISMISSED WITH PREJUDICE** pursuant to Rule 41 of the Federal Rules of Civil Procedure.

**THUS, DONE AND SIGNED** in Chambers this 17th day of July, 2025.

_____
**JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT JUDGE**